JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FRANK SATTERWHITE,

  Plaintiff,

  v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

  Defendant.

Case No. 2:23-cv-07873-GW-PD

**JUDGMENT**

　　Pursuant to the Order Granting Plaintiff's Request for Voluntary Dismissal,

　　IT IS ADJUDGED that the Complaint and entire action are dismissed without prejudice.

DATED:  October 5, 2023

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE